**In re Robert Moses WILKERSON, Petitioner.**

No. 02–6729.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 24, 2002.

Decided Oct. 11, 2002.

Robert Moses Wilkerson, Petitioner Pro Se.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Moses Wilkerson has filed a petition for a writ of mandamus from this court seeking to have this court direct the district court "to respond" to a 18 U.S.C. § 3582(c)(2) (2000) motion filed on March 19, 2001. The record reveals that the district court denied this motion by order filed November 20, 2001. Accordingly, we grant Wilkerson's motion to proceed in forma pauperis but deny as moot his petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*